Stella McFadden, Appellee, v. Rowena G. Crumb et al.,
Defendants.
William A. Patton and A. Louise Patton, Cross Plain-
tiffs, v. Rowena G. Crumb et al., Cross Defendants.
Rowena G. Crumb, Appellant.

Gen. No. 41,680.

Heard in second division, first district, this court at
April term, 1941; opinion filed November 17, 1942; rehearing denied
December 8, 1942. Paul J. Donovan, for appellant; Laurence V.
Meyering, for appellee. Opinion by JUSTICE SCANLAN. "Not to be
published in full."